No. 94–5036. CODY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5037. ALVAREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5039. SMITH *v.* WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5041. CHILDRESS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 94–5043. MARQUEZ *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5045. COLEMAN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 94–5046. KONTAKIS *v.* MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5047. KRAWCZUK *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–5049. WALKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5050. SANDERS *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 94–5051. HALLMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5052. GORTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5053. FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5054. FOUST *v.* ORAL ROBERTS UNIVERSITY ET AL. C. A. 10th Cir. Certiorari denied.